Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE TINKER-SMITH,<br><br>Defendant. | NO. CR16-032RSL<br><br>ORDER CONTINUING TRIAL DATE |

THE COURT has considered the motion filed by the Defendant requesting a continuance of the trial date and incorporates by reference the facts set forth in the motion.

In light of the circumstances that are presented in the motion, and in particular the court conflict presented by defense counsel and the large amount of discovery in this matter, THE COURT finds that a failure to grant a continuance would deny the defendant continuity of counsel as well as a reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case

Order Continuing Trial Date - 1
*U.S. v. Tinker-Smith*/CR16-032RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  preparation, and that these factors outweigh the best interests of the public and the
2  Defendant in a speedy trial.
3        Accordingly, THE COURT ORDERS that the trial date is continued to September
4  6, 2016, and that the period of time from June 20, 2016, until September 6, 2016, shall be
5  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
6        DATED this 24th day of May, 2016.

            Robert S. Lasnik
            United States District Judge

12 Presented by:

14 */s/ Thomas M. Woods*
   THOMAS M. WOODS
15 Assistant United States Attorney

17 */s/ Alexander Ransom*
18 ALEXANDER RANSOM
   Attorney for Jeanne Tinker Smith

Order Continuing Trial Date - 2
*U.S. v. Tinker-Smith*/CR16-032RSL