The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEANNNE TINKER-SMITH, <br><br> Defendant. | NO. CR16-032 RSL <br><br> **ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE** |

The Court, having considered the Government's Motion to Strike, hereby strikes the motion to vacate lodged at docket # 80.

DATED this  21st  day of October, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

TESSA M. GORMAN
United States Attorney

/s/ Thomas Woods
THOMAS M. WOODS
Assisted United States Attorney

Order to Strike - 1
*United States v. Tinker-Smith* / CR16-032 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970